IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Beck, | No. CV-16-00942-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Bank NA, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal of JPMorgan Chase Bank, N.A. with Prejudice. (Doc. 58.) For good cause shown,

**IT IS ORDERED** that this action is dismissed against JPMorgan Chase Bank, N.A., with prejudice, each party to bear its own fees and costs.

Dated this 17th day of January, 2017.

Douglas L. Rayes
United States District Judge